IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
DIVISION

| | |
|---|---|
| SHIRLEY and FLOYD JOHNSON, Husband and wife, | Case No. CV 06-578 (PAM/FLN) |
| v. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| DOLE FRESH VEGETABLES, a division of Dole Food Company, Inc., a Delaware corporation, | |

IT IS HEREBY ORDERED AND ADJUDGED, by agreement of the parties and the Court being well and sufficiently advised, that this action shall be dismissed with prejudice, each party to pay its own costs.

Signed and entered this  27th  day of   June   2006.

                                                 s/Paul A. Magnuson
                                                Paul A. Magnuson, Judge
                                                United States District Court